**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: February 26, 2020**



**Hon. Brett H. Ludwig**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In Re:

Craig Robert Polzin and
Christine Lynne Hollatz-Polzin,

    Debtors.

Case No.: 19-11873

---

D&T Contractors, LLC,

    Plaintiff,

v.

Craig Robert Polzin and
Christine Lynne Hollatz-Polzin,

    Defendants.

Case No.: 19-65

### JUDGMENT IN AN ADVERSARY PROCEEDING

The court has ordered that:

The defendants' debt to the plaintiff is excepted from discharge in the amount of $8,750 pursuant to 11 U.S.C. sec. 523(a)(4).

# # #